# Court of Appeals
# of the State of Georgia

ATLANTA,   September 22, 2016

*The Court of Appeals hereby passes the following order:*

**A17E0007.  JOHNSON v. THE STATE.**

On September 20, 2016, a trial court held a hearing pursuant to *Sell v. United States*, 539 U. S. 166 (2003), to determine whether the staff of the Georgia Regional Hospital should administer antipsychotic medication to appellant Joshua Johnson against his will for the purpose of rendering him competent to stand trial. After the hearing, the trial court made findings of fact and ordered that Johnson be so medicated.   On September 21, 2016, Johnson brought the instant emergency motion to stay the trial court's order, arguing that "[o]nce Mr. Johnson is forcibly medicated against his will[,] the harm will [have been] done."

Johnson's motion does not allege or show any error as to the procedure or substance of the proceedings below, and the trial court maintains jurisdiction over the injunctive relief granted to the State. See OCGA § 5-6-45 (a) (notice of appeal acts as supersedeas only in criminal cases "where a sentence of death has been imposed or where the defendant is admitted to bail"). The emergency motion is therefore DENIED as not meeting the requirements of Rule 40 (b).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___09/22/2016___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*